FILED
January 11, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004006309

Total Pages: 2
James E. Salven
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, CA 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 11-17892-B-7 |
| | DC No. JES-3 |
| MICHAEL SCHMART & CHRISTINE SCHMART, | **TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION (11 U.S.C. Sec. 363(b)(1);(f))** |
| Debtor. / | Date: February 15, 2012<br>Time: 10:00 a.m.<br>Dept: B |

James E. Salven, Chapter 7 Trustee, ("Trustee"), moves the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334(a). This is a "core" proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A), (N).

2. This case was commenced by the filing of a Chapter 7 petition on or about 07/13/11. James Salven was appointed Chapter 7 Trustee on or about 07/13/11.

3. Among the assets of the estate is a **1995 Dodge Ram truck, bearing VIN:3B7HF13Z5SM185591.** No liens or encumbrances are known.

4. The Trustee wishes to sell the subject assets so that the proceeds can benefit the estate. The estate has elected to sell

the subject assets by means of a public auction to be held on or after 02/15/2012, at 1328 N. Sierra Vista, Suite B, Fresno, California.

    6. The Trustee believes that the sale is in the best interest of the estate.

    7. The property proposed to be sold constitutes a portion of the personal property in possession of the debtors at the time the case was filed.

    **WHEREFORE,** Movant prays as follows:

    1. For an Order approving the public auction sale of the subject property described above, to be held on or after 02/15/2012, at 1328 N. Sierra Vista, Suite B, Fresno, California, and;

    2. For such other and further relief as the Court deems just and proper.

Dated: 1/9/12     By: _____
                               James E. Salven, Trustee